Certificate Number: 05781-VAE-DE-041328528

Bankruptcy Case Number: 26-11968

05781-VAE-DE-041328528

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 15, 2026, at 7:32 o'clock AM PDT, Butch Trowbridge completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Virginia.

Date: August 15, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President